

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
**T** (212) 218-5500
**F** (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

March 9, 2020

**VIA ECF**

Hon. Lewis J. Liman
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

Re:     *Sosa v. Under Armour Retail, Inc. et al*, Civil Action No.: 1:19-cv-10759-GHW

Dear Judge Liman:

This firm represents Defendants Under Armour Retail, Inc. and Under Armour Retail of New York, LLC (collectively, "Defendants") in the above-referenced action.  We have conferred with Plaintiff's counsel and we write, with Plaintiff's concurrence, to jointly request a stay of this action under August 9, 2020.

By way of background, Defendant filed a motion to dismiss the complaint on March 2, 2020.  (ECF Nos. 20-22.)

The parties respectfully request that this action be stayed to allow for the resolution of motions to dismiss in similar matters arising out of gift cards that do not include Braille, which are currently pending before the Court and other judges in this District and the Eastern District of New York.  The stay would allow the parties to have the benefit of the Court's analysis of the issues in other matters which will inform their assessment of the pending case.  It will also conserve resources of both the parties and the Court.  Similar stays were recently granted on the same grounds by Judge Abrams in *Delacruz v. Five Below, Inc.*, Case No. 1:19-cv-10294-RA (S.D.N.Y.) (ECF No. 16) and *Matzura v. New Balance Athletics, Inc.*, Case No. 1:19-cv-11344-RA (S.D.N.Y.) (ECF No. 18), by Judge Caproni in *Calcano v. Drybar Holdings LLC*, Case No. 1:19-cv-11389-VEC (S.D.N.Y.) (ECF No. 10), by Judge Woods in *Calcano v. Domino's Pizza, Inc.*, Case No. 1:19-cv-09823-GHW (S.D.N.Y.) (ECF No. 24) and *Delacruz v. Jamba Juice*, Case No. 1:19-cv-10321-GHW (S.D.N.Y.) (ECF No. 20), by Judge Failla in *Calcano v. Guess, Inc.*, Case No. 1:19-cv-10441-KPF (S.D.N.Y.) (ECF No. 18), by Judge Ramos in *Dominguez v. Marshalls of MA, Inc.*, Case No. 1:19-cv-10626 (S.D.N.Y.) (ECF No. 20), and by Judge Daniels in *Delacruz v. Converse Inc.*, Case No. 1:19-cv-10293-GBD (S.D.N.Y.) (ECF No. 20.) The orders are enclosed for the Court's convenience.

 **Seyfarth**

Hon. Lewis J. Liman
March 9, 2020
Page 2

Alternatively, should the Court not grant the requested stay, the parties jointly request that the Court "So Order" the below briefing schedule for Defendant's pending motion to dismiss.

- Deadline for Plaintiff to file his Opposition to Motion to Dismiss or First Amended Complaint ("FAC"): March 16, 2020;

- Deadline for Defendant to file Reply in Support of Motion to Dismiss or Motion to Dismiss FAC (if FAC is filed): April 15, 2020;

- Deadline for Plaintiff to file Opposition to Motion to Dismiss FAC (if FAC is filed): May 15, 2020;

- Deadline for Defendant to file Reply in Support of Motion to Dismiss FAC (if FAC is filed): May 29, 2020.

We thank the Court for its time and attention to this matter, and for its consideration of this application.


Respectfully submitted,

SEYFARTH SHAW LLP

*The Motion to Stay is DENIED. The briefing schedule proposed above is SO ORDERED. 3/11/2020.*

*/s/ John W. Egan*

John W. Egan

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

cc:    All counsel of record (via ECF)

# EXHIBIT 1

# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

| | |
|---|---|
| *Phone:* | *(212) 885-5246* |
| *Fax:* | *(917) 332-3053* |
| *Email:* | *amingione@blankrome.com* |

February 27, 2020

**MEMO ENDORSED**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/20

Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

Re:   ***Delacruz v. Five Below, Inc.***
      **Civil Action No.: 19-cv-10294 (RA)**

Dear Judge Abrams:

Blank Rome represents Five Below, Inc. ("Defendant") in the above-referenced matter. In accord with Your Honor's Individual Rules and Practices, we write, jointly with Plaintiff's counsel and with his consent, to respectfully request a stay of this matter pending the resolution of the motion to dismiss pending before the Court in *Henry Tucker v. Whole Foods Market Group, Inc.*, No. 19-cv-9842 (RA).

The plaintiff in *Tucker* asserts identical claims as those asserted in this case. Your Honor's decision on the defendant's motion to dismiss in that action will therefore have a significant impact on this case, as it will help clarify and possibly narrow the issues in the matter and help Defendant determine how to respond to the Complaint.[1] Therefore, staying this matter pending the resolution of the defendant's motion to dismiss in *Tucker* is in the interest of judicial economy and will help conserve both the parties' and the Court's time and resources. A stay was entered for similar reasons in two other cases pending before this Court which assert identical claims, *Calcano v. Domino's Pizza*, No. 19-cv-9823 (*see* Docket Entry No. 24, in which the Hon. Gregory H. Woods entered an Order providing, among other things, that "this case is stayed to permit the resolution

---

[1] Defendant notes that motions to dismiss have also been filed by the defendants in at least two other cases pending before your Honor which also assert identical claims as those asserted in this case, *Braulio Thorne v. Boston Market Corporation*, No. 19-cv-9932 (RA) and *Marcos Calcano v. LuLuLemon USA Inc.*, No. 19-cv-10430 (RA). However, unlike the motion to dismiss filed in the *Tucker* case, the motions to dismiss in these two other cases have not yet been fully briefed by the parties. Nevertheless, Your Honor's ruling on those motions will also have a significant impact on the parties' claims and defenses, and how the Defendant will respond to the Complaint, in this case.

# BLANKROME

Judge Abrams
February 27, 2020
Page 2

of motions to dismiss in similar matters currently pending before the Court and elsewhere in this District" and staying the case until July 21, 2020), and *Delacruz v. Jamba Juice Company*, No. 19-cv-10321 (same order in another case pending before Judge Woods, *see* D.E. 20).

The parties further propose that Defendant will file its response to the Complaint within fourteen (14) days of the Court's order on Whole Foods' motion to dismiss, and that the Initial Conference in the case will be scheduled within thirty (30) days of such ruling.

In the alternative, if the Court is not inclined to stay this matter, Defendant writes to request a thirty (30) day extension of time from the Court's determination of this letter motion to answer, move, or otherwise respond to the Complaint. Defendant's response to the Complaint is currently due on March 2, 2020. This is the third request for an extension of time, and the Court has granted the parties' first two requests. The parties further request the initial conference, currently scheduled for March 20, 2020, be adjourned thirty (30) days from the date Defendant must file a response to the Complaint. Plaintiff consents to these proposed extensions, and the requested extensions will not prejudice any party to this action.

Accordingly, the parties respectfully request that this matter be stayed pending the Court's determination of the motion to dismiss filed by the defendant in the *Tucker v. Whole Foods* action or, in the alternative, that Defendant be granted a thirty (30) day extension of time to answer, move, or otherwise respond to the Complaint.

We appreciate Your Honor's consideration of this request, and thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Anthony A. Mingione*

Anthony A. Mingione

cc: All Counsel of Record

Application granted. This action is stayed pending the resolution of the motion to dismiss in *Tucker v. Whole Foods Market Group, Inc.*, No. 19-cv-9842. Defendant shall respond to the Complaint within 14 days of the Court's decision on the motion to dismiss in *Tucker.*

The initial conference scheduled for March 20, 2020 is hereby adjourned *sine die.*

SO ORDERED.

Hon. Ronnie Abrams
2/28/2020

# EXHIBIT 2

**S Seyfarth**

Seyfarth Shaw LLP

620 Eighth Avenue

New York, New York  10018

T (212) 218-5500

F (212) 218-5526

jegan@seyfarth.com

T (212) 218-5291

www.seyfarth.com

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/2020

March 3, 2020

**VIA ECF**

**MEMO ENDORSED**

Hon. Ronnie Abrams
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 1506
New York, NY 10007

Re:    *Matzura v. New Balance Athletics, Inc.*, Civil Action No.: 1:19-cv-11344-RA

Dear Judge Abrams:

This firm represents Defendant New Balance Athletics, Inc. ("Defendant") in the above-referenced action.  We have conferred with Plaintiff's counsel and write, with Plaintiff's concurrence, to jointly request a stay of this action until August 3, 2020.

By way of background, Defendant filed a motion to dismiss on February 14, 2020.  Plaintiff's Opposition or First Amended Complaint is due on March 18, 2020. (ECF No. 13.)

The parties respectfully request that this action be stayed to allow for the resolution of motions to dismiss in similar matters arising out of gift cards that do not include Braille, which are currently pending before the Court and other judges in this District and the Eastern District of New York.  The stay would allow the parties to have the benefit of the Court's analysis of the issues in other matters which will inform their assessment of the pending case.  It will also conserve resources of both the parties and the Court.  Similar stays were recently granted on the same grounds by this Court in *Delacruz v. Five Below, Inc.*, Case No. 1:19-cv-10294-RA (S.D.N.Y.) (ECF No. 16), and by Judge Woods in *Calcano v. Domino's Pizza, Inc.*, Case No. 1:19-cv-09823-GHW (S.D.N.Y.) (ECF No. 24) and *Delacruz v. Jamba Juice*, Case No. 1:19-cv-10321-GHW (S.D.N.Y.) (ECF No. 20). The orders are enclosed for the Court's convenience.

We thank the Court for its time and attention to this matter, and for its consideration of this application.

 **Seyfarth**

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc:     All counsel of record (via ECF)

> Application granted. This action is hereby stayed. The parties shall
> submit a joint status letter to the Court no later than August 3, 2020.
>
> SO ORDERED.
>
> _____
> Hon. Ronnie Abrams
> 3/4/2020

# EXHIBIT 3



**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
**T** (212) 218-5500
**F** (212) 218-5526

jegan@seyfarth.com
**T** (212) 218-5291

www.seyfarth.com

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   3/3/2020

March 3, 2020

**VIA ECF**

Hon. Valerie E. Caproni
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 443
New York, NY 10007

Re:   ***Calcano v. Drybar Holdings LLC,***
      **Civil Action No.: 1:19-cv-11389-VEC (S.D.N.Y.)**

Dear Judge Caproni:

　　　This Firm represents Defendant Drybar Holdings LLC ("Drybar" or "Defendant") in the above-referenced matter.  We have conferred with Plaintiff's counsel and write, with Plaintiff's concurrence, to jointly request a stay of this action until August 3, 2020.

　　　By way of background, the Court stayed Defendant's time to respond to the Complaint until the date of the Initial Pretrial Conference which is April 17, 2020.  If the Court does not stay this matter, Defendant will file a motion to dismiss by this date.

　　　The parties respectfully request that this action be stayed to allow for the resolution of motions to dismiss in similar matters arising out of gift cards that do not include Braille, which are currently pending before the Court and other judges in this District and the Eastern District of New York.  The stay would allow the parties to have the benefit of the Court's analysis of the issues in other matters, which will inform their assessment of the pending case.  It will also conserve resources of both the parties and the Court.  Similar stays were recently granted on the same grounds by Judge Woods in *Calcano v. Domino's Pizza, Inc.*, Case No. 1:19-cv-09823-GHW (S.D.N.Y.) (ECF No. 24) and *Delacruz v. Jamba Juice*, Case No. 1:19-cv-10321-GHW (S.D.N.Y.) (ECF No. 20), and by Judge Abrams in *Delacruz v. Five Below, Inc.*, Case No. 1:19-cv-10294-RA (S.D.N.Y.) (ECF No. 16).  These orders are enclosed for the Court's convenience.

　　　We thank the Court for its time and attention to this matter, and for its consideration of this application.

61595992v.1



Hon. Valerie E. Caproni
March 3, 2020
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

Enclosures

cc: All counsel of record (via ECF)

> Application GRANTED.  This case is STAYED until **August 3, 2020** to permit the resolution of motions to dismiss in similar matters currently pending before the Court and elsewhere in this district.  The initial pretrial conference scheduled for April 17, 2020 is adjourned sine die.  The parties are directed to submit a joint status letter to the Court no later than **July 27, 2020**.  In addition, no later than five days after the issuance of any opinion in this district relevant to the claims asserted in this case, the parties are directed to submit a joint letter addressing the impact of the decision on this case and the continued need for a stay.

SO ORDERED.

3/3/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

# EXHIBIT 4

STAYED,ECF

**U.S. District Court**
**Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:19-cv-09823-GHW**

Calcano v. Domino's Pizza, Inc.
Assigned to: Judge Gregory H. Woods
Cause: 28:1331 Fed. Question

Date Filed: 10/24/2019
Jury Demand: Plaintiff
Nature of Suit: 446 Civil Rights: Americans with Disabilities - Other
Jurisdiction: Federal Question

**Plaintiff**

**Marcos Calcano**
*On Behalf Of Himself And All Other Persons Similarly Situated*

represented by **Bradly Gurion Marks**
The Marks Law Firm PC
175 Varick Street 3rd Floor
New York, NY 10014
646-770-3775
Fax: 646-867-2639
Email: bmarkslaw@gmail.com
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael Gottlieb**
Jeffrey M. Gottlieb, Esq.
150 E. 18 St.
Suite PHR
New York, NY 10003
(212)-228-9795
Fax: (212)-982-6284
Email: nyjg@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Domino's Pizza, Inc.**

represented by **Joseph A. Piesco**
DLA Piper US LLP (NY)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
212-335-4537
Fax: 917-778-8629
Email: joe.piesco@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Joseph Kirby**
Sheppard, Mullin, Richter & Hampton
30 Rockefeller Plaza
New York, NY 10112
(212)-653-8700
Fax: (212)-653-8701
Email: skirby@sheppardmullin.com
*TERMINATED: 01/09/2020*
*LEAD ATTORNEY*

| | | |
|---|---|---|
| 02/21/2020 | | Minute Entry for proceedings held before Judge Gregory H. Woods: Telephone Conference held on 2/21/2020. (Court Reporter Lisa Smith) (Daniels, Anthony) (Entered: 02/21/2020) |
| 02/24/2020 | 24 | ORDER. As discussed during the February 21, 2020 teleconference, this case is stayed to permit the resolution of motions to dismiss in similar matters currently pending before the Court and elsewhere in this district. The stay will remain in effect until July 21, 2020 or such earlier date as the Court may determine. The parties are directed to submit a joint status letter to the Court no later than July 14, 2020. In addition, no later than five days following the issuance of any opinion(s) in the Second Circuit evaluating the merits of claims such as those advanced by Plaintiff here, the parties are directed to submit a joint status letter addressing the impact of the decision(s) on the viability of this case and the continued need for a stay. (HEREBY ORDERED by Judge Gregory H. Woods) (Text Only Order) (Daniels, Anthony) (Entered: 02/24/2020) |
| 02/24/2020 | | Case Stayed. (ama) (Entered: 02/24/2020) |

# EXHIBIT 5

EVERSHEDS SUTHERLAND

Eversheds Sutherland (US) LLP
1114 Avenue of the Americas, 40th Floor
New York, NY 10036-7703

D: +1 212.383.5082
F: +1 212.389.5099

alexfuchs@
eversheds-sutherland.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/20

February 24, 2020

**Via CM/ECF**
The Honorable Gregory H. Woods
United States Direct Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:   ***Delacruz v. Jamba Juice***
      **Case No. 1:19-cv-10321**

Dear Judge Woods:

The undersigned represents Jamba Juice Company, Defendant in the above-referenced matter ("Defendant"). Pursuant to Local Civil Rule 7.1(d) and Rule 1.E. of Your Honor's Individual Practices and Rules, the undersigned and counsel for Plaintiff jointly write to request a stay of this action.  The stay is requested to allow for the resolution of motions dismiss in similar matters, alleging violations of the ADA arising out of gift cards which do include Braille, currently pending before the Court and before other judges in the district.  The stay would allow the parties to review any decision issued in these matters and has the potential to substantially conserve the resources of both the parties and the Court.  A similar stay was recently granted by the Court on the same grounds in *Calcano v. Domino's Pizza, Inc*., Case No. 1:19-cv-09823-GHW (S.D.N.Y.).  The only deadline impacted by the proposed stay is the February 24, 2020, deadline for Defendant to file its motion to dismiss.

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland.  For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

The undersigned has conferred with counsel for Plaintiff, and the parties jointly seek the requested relief.

Alternatively, should the Court not grant the requested stay, Defendant requests a 10-day enlargement of time, up to and including, March 5, 2020, to file its motion to dismiss. Defendant's current deadline to move to dismiss the Class Action Complaint is February 24, 2020. The undersigned has conferred with counsel for Plaintiff regarding this request, and they consent to the extension. This is the Defendant's second request for an extension of time.

Thank you in advance for your consideration of this matter.

Respectfully submitted,

/s/ Alexander P. Fuchs
Alexander P. Fuchs
*Attorney for Jamba Juice Company*

APF/fa
Cc: Jeffrey M. Gottlieb (via ECF)
     Dana L. Gottlieb (via ECF)

Application granted. This case is stayed to permit the resolution of motions to dismiss in similar matters currently pending before the Court and elsewhere in this district. The stay will remain in effect until July 21, 2020 or such earlier date as the Court may determine. The parties are directed to submit a joint status letter to the Court no later than July 14, 2020. In addition, no later than five days following the issuance of any opinion(s) in the Second Circuit evaluating the merits of claims such as those advanced by Plaintiff here, the parties are directed to submit a joint status letter addressing the impact of the decision(s) on the viability of this case and the continued need for a stay.

SO ORDERED.

Dated: February 26, 2020
New York, New York

GREGORY H. WOODS
United States District Judge

# EXHIBIT 6



**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

March 4, 2020                                                    COURTESY COPY

<u>**VIA ECF**</u>

Hon. Katherine Polk Failla
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007

Re:     *Calcano v. Guess ?, Inc.*, Civil Action No.: 1:19-cv-10441-KPF

Dear Judge Failla:

      This firm represents Defendant Guess ?, Inc. ("Defendant") in the above-referenced action. We have conferred with Plaintiff's counsel and write, with Plaintiff's concurrence, to jointly request a stay of this action until August 3, 2020.

      By way of background, Defendant filed a pre-motion letter on February 6, 2020 (ECF No. 13), to which Plaintiff responded by letter dated February 7, 2020. (ECF No. 14.) On February 7, 2020, the Court granted the parties' request to adjourn the pre-motion conference *sine die* and enter a briefing schedule, which incorporated Plaintiff's anticipated amendment of the Complaint. (ECF No. 15.) Under this schedule, Plaintiff's deadline to amend the Complaint is March 6, 2020. (*Id.*)

      The parties respectfully request that this action be stayed to allow for the resolution of motions to dismiss in similar matters arising out of gift cards that do not include Braille, which are currently pending before the Court and other judges in this District and the Eastern District of New York. The stay would allow the parties to have the benefit of the Court's analysis of the issues in other matters, which will inform their assessment of the pending case. It will also conserve resources of both the parties and the Court. Similar stays were recently granted on the same grounds by Judge Woods in *Calcano v. Domino's Pizza, Inc.*, Case No. 1:19-cv-09823-GHW (S.D.N.Y.) (ECF No. 24) and *Delacruz v. Jamba Juice*, Case No. 1:19-cv-10321-GHW (S.D.N.Y.) (ECF No. 20), and by Judge Abrams in *Delacruz v. Five Below, Inc.*, Case No. 1:19-cv-10294-RA (S.D.N.Y.) (ECF No. 16). The orders are enclosed for the Court's convenience.

      We thank the Court for its time and attention to this matter, and for its consideration of this application.



Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc:    All counsel of record (via ECF)

Application GRANTED.  The case shall be STAYED until **August 3, 2020.**  On or before that date the parties shall submit a joint letter to the Court indicating how they would like the case to proceed.

Dated: March 4, 2020
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

# EXHIBIT 7



**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

# MEMO ENDORSED

March 5, 2020

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

Re:     ***Dominguez v. Marshalls of MA, Inc.***,
        <u>Civil Action No.: 1:19-cv-10626 (S.D.N.Y.)</u>

Dear Judge Ramos:

This Firm represents Defendant Marshalls of MA, Inc. ("Marshalls" or "Defendant") in the above-referenced matter. We have conferred with Plaintiff's counsel and write, with Plaintiff's concurrence, to jointly request at stay of this action until August 5, 2020.

By way of background, Defendant filed a pre-motion letter on February 11, 2020. (ECF No. 11.) Plaintiff filed his opposition to Defendant's pre-motion letter on February 14, 2020. (ECF No. 13.) On February 14, 2020, the Court scheduled a pre-motion conference for February 28, 2020. (ECF No. 15.) On February 27, 2020, the Court granted the parties' request to adjourn the pre-motion conference and set a briefing schedule for Defendant's forthcoming motion to dismiss. (ECF No. 18.) Plaintiff's deadline to file his amended complaint is March 11, 2020. (*Id.*)

The parties respectfully request that this action be stayed to allow for the resolution of motions to dismiss in similar matters arising out of gift cards that do not include Braille, which are currently pending before the Court and other judges in this District and the Eastern District of New York. The stay would allow the parties to have the benefit of the Court's analysis of the issues in other matters which will inform their assessment of the pending case. It will also conserve resources of both the parties and the Court. Similar stays were recently granted on the same grounds by Judge Abrams in *Delacruz v. Five Below, Inc.*, Case No. 1:19-cv-10294-RA (S.D.N.Y.) (ECF No. 16) and *Matzura v. New Balance Athletics, Inc.*, Case No. 1:19-cv-11344-RA (S.D.N.Y.) (ECF No. 18), by Judge Caproni in *Calcano v. Drybar Holdings LLC*, Case No. 1:19-cv-11389-VEC (S.D.N.Y.) (ECF No. 10), by Judge Woods in *Calcano v. Domino's Pizza, Inc.*, Case No. 1:19-cv-09823-GHW (S.D.N.Y.) (ECF No. 24) and *Delacruz v. Jamba*



*Juice*, Case No. 1:19-cv-10321-GHW (S.D.N.Y.) (ECF No. 20), by Judge Failla in *Calcano v. Guess, Inc.*, Case No. 1:19-cv-10441-KPF (S.D.N.Y.) (ECF No. 18) and by Judge Daniels in *Delacruz v. Converse Inc.*, Case No. 1:19-cv-10293-GBD (S.D.N.Y.) (ECF No. 20.) The orders are enclosed for the Court's convenience.

We thank the Court for its time and attention to this matter, and for its consideration of this application.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc:    All counsel of record (via ECF)

---

Application granted. This action is STAYED pending the resolution of the motion to dismiss in Calcano v. The Finish Line, Inc., No. 19 Civ. 10064. Marshalls shall respond to the Complaint within 14 days of the Court's decision on the motion to dismiss in Calcano.

Edgardo Ramos, U.S.D.J
Dated: Mar. 5, 2020
New York, New York

# EXHIBIT 8

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EMANUEL DELACRUZ, *on behalf of himself and all*
*other persons similarly situated,*

                               Plaintiff,

           -against-

CONVERSE INC.,

                             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 10293 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's request for a stay of this action until August 4, 2020, (ECF No. 19), is

GRANTED. The oral argument scheduled for May 5, 2020 at 10:30 am is canceled. A status

conference is scheduled for August 5, 2020 at 9:45 am.

Dated: New York, New York
      March 4, 2020

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge